UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDLANDS BEST INC.,

                    Plaintiff,

          v.                                             No.  25-CV-8607 (RA)

                                                              ORDER

ZIM INTEGRATED SHIPPING SERVICES
LTD.,

                    Defendant.

RONNIE ABRAMS, United States District Judge:

          A post-fact-discovery conference in this matter was previously scheduled for April 10, 2026.  As set forth in the Case Management Plan and Scheduling Order, *see* Dkt. No. 16, no later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. The parties have not yet filed a letter. They shall do so by April 8, 2026. If the parties seek to adjourn the conference, they shall notify the Court as soon as possible.

          Unless the parties request otherwise, the Court will hold this conference by telephone.  The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735.  This conference line is open to the public.

SO ORDERED.

Dated:     April 7, 2026
           New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge