PIERSON FERDINAND

**MARC A. LINDEMANN**
**PARTNER**

1270 Avenue of the Americas
7th Floor-1050
New York, NY 10020
Direct: 1.646.347.7952
Email: marc.lindemann@pierferd.com

April 8, 2026

Application granted. The conference previously scheduled for April 10, 2026 is hereby adjourned until May 29, 2026 at 12:00 p.m.

<u>Via E-Filing</u>

The Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

SO ORDERED.

_____
Hon. Ronnie Abrams
April 9, 2026

Re:    ***Redlands Best Inc. v. ZIM Integrated Shipping Services Ltd.,***
       **Civil Action No. 1:25-cv-08607-RA**

Dear Judge Abrams:

We write jointly on behalf of all parties in the above-captioned action in response to the Court's Minute Order dated April 7, 2026.

At the outset, the parties respectfully apologize for their failure to timely file the joint status report required under the Case Management Plan and Scheduling Order (Dkt. No. 16). The parties were engaged in active settlement discussions during the period in which the letter was due and were close to finalizing a settlement agreement. Those discussions consumed the parties' attention, and the parties regret the oversight.

The parties are pleased to report that a settlement agreement has now been finalized and is currently being circulated among the parties for signature. In light of this development, the parties respectfully request that the Court adjourn the post-fact-discovery conference presently scheduled for April 10, 2026. The parties expect to file a stipulation of dismissal with the Court in short order.

We thank the Court for its attention to this matter and for its patience.

Respectfully submitted,

**Pierson Ferdinand LLP**

By: */s/ Marc A. Lindemann*
Marc A. Lindemann
1270 Avenue of the Americas
7th Floor-1050
New York, New York 10020
*Counsel for Plaintiff*
*Redlands Best Inc.*

**Liskow & Lewis, APLC**

By: */s/ William H. Yost*
William H. Yost
11 Broadway
Suite 615
New York, New York 10004
*Counsel for Defendant*
*Integrated Shipping Services Ltd.*

ARIZONA   CALIFORNIA   COLORADO   DELAWARE   DISTRICT OF COLUMBIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   MICHIGAN
NEW JERSEY   NEW YORK   NORTH CAROLINA   OHIO   PENNSYLVANIA   TEXAS   UNITED KINGDOM   VIRGINIA   WASHINGTON