**PIERSON FERDINAND**

**MARC A. LINDEMANN**
**PARTNER**

1270 Avenue of the Americas
7th Floor-1050
New York, NY 10020
Direct: 1.646.347.7952
Email: marc.lindemann@pierferd.com

May 28, 2026

Via E-Filing

The Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

**Re:** *Redlands Best Inc. v. ZIM Integrated Shipping Services Ltd.*,
**Civil Action No. 1:25-cv-08607-RA**

Dear Judge Abrams:

We write jointly on behalf of all parties in the above-captioned action in response to the Court's email dated May 27, 2026.

The parties are pleased to report that a settlement agreement has now been signed by the parties. A wire transfer is involved in the settlement, and Defendant ZIM Integrated Shipping Services Ltd. expects that it will take approximately three weeks to process and make the payment. In light of this development, the parties respectfully request that the Court adjourn the post-fact-discovery conference presently scheduled for May 29, 2026. The parties expect to file a stipulation of dismissal with the Court in short order.

We thank the Court for its attention to this matter and for its patience.

Respectfully submitted,

Application granted. The conference previously scheduled for May 29, 2026 is hereby adjourned to June 26, 2026 at 1:30 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 29, 2026

**Pierson Ferdinand LLP**

By: */s/ Marc A. Lindemann*
Marc A. Lindemann
1270 Avenue of the Americas
7th Floor-1050
New York, New York 10020
*Counsel for Plaintiff*
*Redlands Best Inc.*

**Liskow & Lewis, APLC**

By: */s/ William H. Yost*
William H. Yost
11 Broadway
Suite 615
New York, New York 10004
*Counsel for Defendant*
*Integrated Shipping Services Ltd.*