UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDLANDS BEST INC.,

Plaintiff,

v.

ZIM INTEGRATED SHIPPING SERVICES LTD.

Defendant.

25-CV-8607 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is hereby respectfully directed to terminate this case.

SO ORDERED.

Dated: August 3, 2026
New York, New York

Ronnie Abrams
United States District Judge